CONAWAY and Another *v.* CONAWAY.—In error.

A JUDGMENT rendered previously to the first of *October*, 1839, and which had not been replevied, could not be replevied under the statute of the 24th of *February*, 1840.